| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 09-00941-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:11-cr-277 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Joseph LaForte<br>3509 Prima Court<br>Philadelphia, Pennsylvania<br>19145 | New Jersey | Probation |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Anne E. Thompson, Senior United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 02/25/2011 — TO 02/25/2014 |

FILED MAY 12 2011 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

**OFFENSE**

Conspiracy to Operate an Illegal Gambling Business

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE United States Probation Office/New Jersey

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the United States Probation Office in the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 3, 2011
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE United States Probation Office/Eastern District of Pennsylvania

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge